*Hickey, Morton Hollander, Abe McGregor Goff* and *Eugene J. Brahm* for respondent.

No. 763. BROPHY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Allan K. Perry* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Rankin* and *William H. Veeder* for the United States.

No. 792. UNION PRODUCING CO. *v.* FEDERAL POWER COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Thomas Fletcher, Ralph M. Carson, C. Huffman Lewis* and *Theodore Kiendl* for petitioner. *Solicitor General Sobeloff, Acting Assistant Attorney General Leonard, Melvin Richter, William W. Ross, Willard W. Gatchell, William J. Grove* and *Robert L. Russell* for respondents.

No. 496. NATIONAL LAWYERS GUILD *v.* BROWNELL, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *Osmond K. Fraenkel, Robert W. Kenny, Earl B. Dickerson* and *Joseph Forer* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Samuel D. Slade* and *Benjamin Forman* for respondent.

No. 552, Misc. SIMMONS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.